UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                  Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                  Plaintiff,<br><br>v.<br><br>THEODORE SCHULTZ,<br><br>                  Defendants. | NO: CV-12-6-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80130-PCW11<br><br>JUDGMENT AGAINST THEODORE SCHULTZ AND BETTY SCHULTZ |

## JUDGMENT SUMMARY

1. Judgment Creditor:     Bruce P. Kriegman, Liquidating Trustee for LLS America, LLC, as consolidated

2. Attorneys for Judgment Creditor:     Witherspoon Kelley

3. Judgment Debtors:     Theodore and Betty Schultz

JUDGMENT AGAINST THEODORE SCHULTZ AND BETTY SCHULTZ ~ 1

| | | |
|---|---|---|
| 4. | Attorneys for Judgment Debtors: | Foster Pepper, PLLC |
| 5. | Judgment Amount (Principal): | $272,150.00 CAD |
| 6. | Interest Rate on Judgment: | .13%  (28 USC § 1961) |

## I.  STIPULATION

Plaintiff Bruce P. Kriegman, solely in his capacity as the Trustee under the Liquidating Trust established pursuant to the confirmed Chapter 11 Plan of LLS America, LLC ("Plaintiff"), by and through his undersigned counsel, Theodore and Betty Schultz, jointly and severally (collectively, "Defendants"), by and through their undersigned counsel, pursuant to the terms of their duly executed settlement agreement, stipulate to the entry of judgment against the Defendants, jointly and severally, in favor of Plaintiff in the principal amount of $272,150.00 Canadian dollars, with interest accruing thereon at the United Sates Federal judgment rate pursuant to 28 USC § 1961(a), which is currently .13% per annum to be compounded annually.

The Defendants further stipulate pursuant to the terms of their duly executed settlement agreement that this is a final, non-appealable judgment and that they have no rights of any kind to appeal this judgment after the entry thereof. The Defendants further covenant and agree that the Judgment shall be fully enforceable in Canada and waive all rights to contest the Judgment on any basis.

JUDGMENT AGAINST THEODORE SCHULTZ AND BETTY SCHULTZ ~ 2

Accordingly, the parties' Stipulated Motion for entry of Judgment, **ECF No. 89**, is **GRANTED**.

### JUDGMENT

Based upon the above Stipulation of the parties, IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff Bruce P. Kriegman, solely in his capacity as the Trustee under the Liquidating Trust established pursuant to the confirmed Chapter 11 Plan of LLS America, LLC, be, and is hereby, awarded judgment against Defendants Theodore and Betty Schultz, jointly and severally, in the principal sum of $272,150.00 Canadian dollars. Interest shall accrue on this judgment at the rate of .13% per annum to be compounded annually pursuant to 28 U.S.C. § 1961.

FURTHER ORDERED, ADJUDGED AND DECREED that this judgment is a non-appealable, judgment pursuant to the parties stipulation and the Judgment shall be fully enforceable in Canada and Defendants waive all rights to contest the Judgment on any basis.

The District Court Executive is hereby directed to enter this Order and to provide copies to counsel and to any pro se defendants.

**DATED** this 29th day of April 2014.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

JUDGMENT AGAINST THEODORE SCHULTZ AND BETTY SCHULTZ ~ 3