UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　　Debtor, | NO: CV-12-6-RMP<br><br>Bankr. Case No. 09-06194-PCW11 |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>GEOFFREY TOWES, et al.,<br><br>　　　　　　　　　Defendants. | Adv. Proc. No. 11-80130-PCW11<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS GARVIN KABERNICK AND DONNA RAE KABERNICK AS DEFENDANTS |

**BEFORE THE COURT** is the parties' Stipulated Motion to Dismiss, ECF No. 91. The parties stipulate that Plaintiff and Defendants Garvin Kabernick and Donna Rae Kabernick, by and through their respective attorneys of record, entered

ORDER GRANTING STIPULATED MOTION TO DISMISS GARVIN KABERNICK AND DONNA RAE KABERNICK AS DEFENDANTS ~ 1

into a settlement agreement, and pursuant to that agreement these Defendants shall be dismissed with prejudice.

Having reviewed the motion and relevant filings, the Court finds good cause to grant the motion. Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss, **ECF No. 91** is **GRANTED**.
2. Defendants Garvin Kabernick and Donna Rae Kabernick are hereby dismissed as defendants in this case, with prejudice, and with each party to bear its own attorneys' fees and costs.

The District Court Clerk is directed to enter this Order, to **terminate Garvin Kabernick and Donna Rae Kabernick** as defendants in this case, and provide copies of this Order to counsel.

**DATED** this 9th day of May 2014.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS GARVIN KABERNICK AND DONNA RAE KABERNICK AS DEFENDANTS ~ 2