UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>Debtor, | NO: 2:12-CV-6-RMP<br><br>Bankr. Case No. 09-06194-PCW11 |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THEODORE SCHULTZ, et al.,<br><br>Defendants. | Adv. Proc. No. 11-80130-PCW11<br><br>JUDGMENT AND JUDGMENT SUMMARY AGAINST GEOFF TOEWS |

**JUDGMENT SUMMARY**

1. Judgment Creditor:   Bruce P. Kriegman, Liquidating Trustee for LLS America, LLC, as consolidated

2. Attorneys for Judgment Creditor   Witherspoon Kelley

3. Judgment Debtors:   Geoff Toews

JUDGMENT AND JUDGMENT SUMMARY AGAINST GEOFF TOEWS ~ 1

| | | |
|---|---|---|
| 4. | Attorneys for Debtors: | Foster Pepper, PLLC |
| 5. | Judgment Amount (Principal) | $388,219.39 CAD |
| 6. | Prejudgment Interest at .47% (7/21/09 – 1/14/2015) (2,003 days) | $10,012.98 CAD |
| 7. | Total Judgment | $398,232.37 CAD |
| 8. | Plus taxable costs in the amount to be determined by the Court | |
| 9. | Interest Rate on Judgment: | .23% (28 U.S.C. § 1961) |

Plaintiff filed Notice of Presentment of Judgment pursuant to Fed. R. Civ. P. 58(a) and 58(d). ECF No. 122. After a bench trial held on September 2, 2014, the Court entered Amended Findings of Fact and Conclusions of Law, ECF No. 126, which are fully incorporated here with the same force and effect as if set forth verbatim. The Court being fully informed, **IT IS HEREBY ORDERED** that:

1. Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for Debtor LLS America, LLC, is awarded Judgment against defendant Geoff Toews ("Defendant"), as follows:

| | | |
|---|---|---|
| a. | Judgment | $388,219.39 CAD |
| b. | Plus prejudgment interest from July 21, 2009 to January 14, 2015, and continuing thereafter until entry of this judgment at the federal rate of .47% per annum | $10,012.98 CAD |

JUDGMENT AND JUDGMENT SUMMARY AGAINST GEOFF TOEWS ~ 2

      c.    Plus taxable costs in the amount to be determined by the Court

      d.    Plus post-judgment interest from the date of Judgment until fully paid at the federal rate of 0.23% per annum (28 U.S.C. § 1961); and

2. All proofs of claim filed by Defendant in Debtor's Bankruptcy proceedings or any claims that may hereafter arise are disallowed pursuant to 11 U.S.C. § 502(d) unless and until the avoided transfers are returned to the Trustee-Plaintiff.

The District Court Executive is directed to enter this Order and to provide copies to counsel and to Judge Frederick P. Corbit.

**DATED** this 15th day of January 2015.

                        *s/ Rosanna Malouf Peterson*
                        ROSANNA MALOUF PETERSON
                        Chief United States District Court Judge